UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES, et al.,<br><br>        Defendants. | No.  2:16-cv-1829 CKD P<br><br>ORDER and<br><br>FINDINGS AND RECOMMENDATIONS |

      By order filed January 4, 2017, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted.  Plaintiff was warned that failure to file a second amended complaint would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not filed a second amended complaint.[1]

      Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall assign a district judge to this action; and

      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

      These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

---

[1] On January 30, 2017, plaintiff filed a document titled "Notice of Objections to Magistrates, Clerks Orders, On I.F.P . . ."  The contents of the document  are unintelligible.

1

after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 13, 2017

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
star1829.fta