UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>Defendants. | No. 2:16-cv-1829 KJM CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

    Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On February 13, 2017, the court recommended that this action be dismissed for plaintiff's failure to file a second amended complaint. Since plaintiff has now filed a second amended complaint, the findings and recommendations will be vacated.

    The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2).

    Plaintiff's second amended complaint, like his original and first amended complaints, does not state a claim upon which relief can be granted; indeed the court is unable to discern the basis for his complaint(s), legally or factually. Accordingly, plaintiff's second amended complaint

1

must be dismissed.  Because granting plaintiff leave to file a third amended complaint appears futile, the court will recommended that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that the court's February 13, 2017 findings and recommendations are vacated.

IT IS HEREBY RECOMMENDED that:

1.  Plaintiff's second amended complaint be dismissed; and

2.  This case be closed.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Findings and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 16, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
star1829.frs