1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ROBIN GILLEN STARR,                    No.  2:16-cv-1829 KJM CKD P

11            Plaintiff,

12        v.                                ORDER

13   UNITED STATES, et al.,

14            Defendants.

15

16        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has requested

17   appointment of counsel.  The court cannot *require* an attorney to represent a plaintiff who cannot

18   pay for the attorney's services.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).

19   However, under the federal in forma pauperis statute, 28 U.S.C. § 1915, the court may *request*

20   that an attorney represent a person unable to afford counsel.  28 U.S.C. § 1915(e)(1).  The court

21   will make that request only when there are exceptional circumstances.  When determining

22   whether "exceptional circumstances" exist, the court considers, among other things, plaintiff's

23   likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro

24   se in light of the complexity of the legal issues involved.  Palmer v. Valdez, 560 F.3d 965, 970

25   (9th Cir. 2009).  While the court is aware of the difficulties attendant to litigating an action while

26   incarcerated, circumstances common to most prisoners do not establish "exceptional

27   circumstances."

28   /////

1    In the present case, the court does not find the required exceptional circumstances at this

2    stage of these proceedings.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for

3    the appointment of counsel (ECF No. 69) is denied.

4    Dated:  March 24, 2017

5    _____
     CAROLYN K. DELANEY
6    UNITED STATES MAGISTRATE JUDGE

7

8

9    1/mp
     star1829.31
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28